did not interfere with past contracts; they left them in full force and by no means impaired their obligation.

Appeal taken.

---

This case was carried by appeal by Eliza Brinckl[o]e, the petitioner, to the Supreme Court, and at March Term, 1822, the appeal was dismissed and the judgment of the Orphans' Court affirmed.

## HENRY HUDSON v. BENJAMIN POTTER and EDMOND L. POTTER.

Court of Chancery.  Kent.  August 13, 1821.

*Ridgely's Notebook III, 411.*

## JAMES WELCH, WILLIAM WELCH, and JAMES MASSY v. BENJAMIN WELLS, ELIZABETH TURNER, EBENEZER TURNER, SARAH ANN TURNER, BENJAMIN TURNER, WILLIAM TURNER, ELIZABETH TURNER, and LYDIA TURNER.

Court of Chancery.  Kent.  August 14, 1821.

*Ridgely's Notebook III, 419.*